## EGBERT LAW OFFICES PLLC
412 Main Street, 7th Floor
Houston, Texas 77002
(713) 224-8080

NOVEMBER 2007 STATEMENT

Invoice No. 2179-12

Mr. John Isham
Radiadyne
3801 Kirby, Suite 217
Houston, Texas 77098

LEGAL SERVICES: $2,075.00

    See attached printout for details of services rendered

EXPENSES: $65.00

    Patent Office Fees:

    Filing Fee for Completion of Filing
        Requirements (Our File: 2179-4)     $65.00


BALANCE DUE (OCTOBER, 2007 INVOICE)      $2,297.50

PAYMENTS RECEIVED      -0-

NOVEMBER, 2007 CHARGES      $2,140.00

    TOTAL BALANCE DUE      $4,437.50



EXHIBIT E-1

John Isham
Client #2179
Page 2

DATE    HOURS    LEGAL SERVICES

By John S. Egbert

10/30    .50    Discussion with client regarding filing of Rectal Balloon application; discussion with associate regarding status of application

11/2    .50    Discussion with J. Isham regarding international filing and other matters; instruction to associate

11/5    1.00    Office meeting with J. Isham and R. Shah; instructions to associate regarding revisions to invention and international application

11/7    1.00    Office meeting with J. Isham regarding various matters; instruction to associate

TOTAL FOR JOHN S. EGBERT:
2.50 Hours @ $150.00 = $375.00


DATE    CHARGE    LEGAL SERVICES

# REDACTED

10/20    $1,100.00    Preparation of continuation-in-part patent application as to Rectal Balloon with Pressure Relieving Lumen (Our File: 2179-5)

PAGE TOTAL    $2,075.00